## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| JAMES T. BUECHLER, *individually and on behalf of all others similarly situated,* | * |
| | * |
| **Plaintiff,** | * |
| v. | * Civil Action No.: 1:11-cv-01705 |
| B & B FINANCIAL SERVICES, LLC, | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action with prejudice.

Dated:  September 28, 2011                    Respectfully Submitted,

"APPROVED"

_____
9/28/11
Date

_____
William D. Quarles, Jr.
United States District Judge

_____/s/ E. David Hoskins_____
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com